

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00049-CR

Michael **CASTILLA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR11902
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED January 17, 2018.

_____
Luz Elena D. Chapa, Justice